TARA K. McGRATH
United States Attorney
LOREN G. RENNER
Assistant U.S. Attorney
Illinois State Bar No. 6311327
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619)546-8783
Fax: (619) 546-0631
Email: loren.renner@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>MARCUS HODGE,<br>Defendant. | Case No. 23-CR-1820-JES-2<br>**REQUEST TO WITHDRAW DOCUMENT NUMBER 129 FROM CLERK'S RECORD (Joint Motion to Continue)** |

## SOUTHERN DISTRICT OF CALIFORNIA

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Loren G. Renner, Assistant United States Attorney, that this Court authorize the withdrawal of document number 129 (Joint Motion to Continue) from the clerk's record.

DATED: January 7, 2025.

Respectfully submitted,

TARA K. McGRATH
United States Attorney

*Loren G. Renner*
LOREN G. RENNER
Assistant United States Attorney